### STATE OF CONNECTICUT *v.* ENZO ELIGIO

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant files his brief on or before June 30, 1976.

*William F. Gallagher,* special assistant state's attorney, for the appellee (state).

*Leon S. Soroker,* for the appellant (defendant).

Argued June 1—decided June 1, 1976

### DOROTHY CARIGNAN *v.* ROBERT CARIGNAN

It appearing that the defendant in the above-entitled case has failed to prosecute the appeal from the Superior Court in New London County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant files his brief on or before August 16, 1976.

No appearance for the appellee (plaintiff).

*Vincent J. Trantolo,* for the appellant (defendant).